UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.

                                            Plaintiffs,

               -against-

MALVINA DRUG CORP., et al.

                                   Defendants.
---------------------------------------------------------------------------X

**INITIAL SCHEDULING ORDER**

**20-CV-3339(FB)(VMS)**

Upon consent of the appearing parties and their counsel, it is hereby **ORDERED** as follows:

1)      Defendant(s) shall answer or otherwise move with respect to the Amended Complaint by **N/A (already completed)**.

2)      Initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by **November 30, 2020**, if not yet completed. The disclosures should include as detailed a calculation of damages as possible and authorizations for release of medical and other relevant records.

3)      Initial document requests and interrogatories will be served no later than **December 31, 2020**. If the parties intend to issue interrogatories, they will serve no more than **25** interrogatories. The parties are informed that the presumptive cap on the number of interrogatories is 25, including subparts.

4)      Any joinder and/or amendments of the pleadings must be made by **March 31, 2021**. By this date, the parties must either stipulate to the joinder and/or amendments of the pleadings or commence motion practice for leave to join and/or amend in accordance with the Individual Rules of the District Judge assigned to this case.

5)      If the parties expect to engage in electronic discovery, they will submit a proposed plan to the Court by **January 29, 2021**.

6)     Fact discovery closes **November 1, 2021**.

       *Note: Treating physicians who may be called as fact witnesses should generally provide their reports or summaries and be deposed during fact discovery. Non-party fact discovery shall be completed by this date as well.*

7)     As to expert disclosures,

       a)  The names, qualifications and area(s) of expertise of initial experts shall be served on or before **November 15, 2021**.

       b)  Initial expert witness reports shall be served on or before **December 1, 2021**.

       c)  Rebuttal expert witness reports shall be served on or before **January 14, 2022**.

8)     All discovery, including any depositions of experts, shall be completed on or before **January 31, 2022**.

9)     On or before **February 1, 2022**, the parties must file on ECF a joint letter confirming that discovery is concluded.

10)    Any dispositive motion practice must be commenced by **March 1, 2022**.

       *Note: Parties must consult the Individual Rules of the District Judge assigned to this case to determine, <u>inter alia</u>, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must be submitted with the motion and whether such a motion should only be filed when fully briefed.*

11)    A proposed joint pre-trial order must be filed by **March 31, 2022**.

12)    Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

       a)  Yes _____

       b)  No  <u>X</u>_____ (*Do **NOT** indicate which party has declined to consent.*)

       *If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on the Court's ECF system. See <u>http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx</u>*

13)     A discovery conference is set for _____ at _____ in person / by telephone. (*The Court will schedule this date*). The conference call will be arranged and initiated by Plaintiff or Defendant (circle one) to Chambers at (718) 613-2300.

14)     A joint discovery status letter must be filed on ECF by _____ in preparation for the discovery conference. (*The Court will schedule this date*).

15)     A final pre-trial conference is set for _____. (*The Court will schedule this date*).

16)     The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff(s) agree(s) to make a demand on or before **March 1, 2021**, and Defendant(s) agree(s) to respond to the demand on or before **March 8, 2021**

17)     Counsel request a referral to the Court's ADR program? Yes _____ No __X__

18)     Any additional matters:

**This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.**

Dated: Brooklyn, New York
       _____, 20_____

      _____
         VERA M. SCANLON
         UNITED STATES MAGISTRATE JUDGE

**CONSENTED TO BY COUNSEL:**

RIVKIN RADLER LLP

By:____/s/ John P. Mulvaney, Esq.____
      Barry I. Levy, Esq.
      Michael A. Sirignano, Esq.
      Ryan Goldberg, Esq.
      Priscilla D. Kam, Esq.
      John P. Mulvaney, Esq.

926 RXR Plaza
Uniondale, New York 11556
john.mulvaney@rivkin.com
(516) 357-3000
*Counsel for Plaintiffs Government Employees Insurance Company,*
*GEICO Indemnity Company, GEICO General Insurance Company,*
*and GEICO Casualty Company*


GARY TSIRELMAN, P.C.

By:_____/s/ Nicholas Bowers, Esq._____
        Nicholas Bowers, Esq.
129 Livingston Street, 2nd Floor
Brooklyn, New York 11201
nbowers@gtmdjd.com
(718) 438-1200 ext. 118
*Counsel for Defendants Malvina Drug Corp., IVS Pharmacy Corp.,*
*Rahbar Navieva and Inoyatov Vinyamin*